IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JEFF ADAMS, : | |
|     Plaintiff, : | |
| v. : | 1:04-CV-12 (WLS) |
| SHERIFF BUDDY GLASS, ET. AL., : | |
|     Defendants. : | |

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Tab 38), filed August 25, 2005. It is recommended that Plaintiff's motion to dismiss the complaint without prejudice be denied and that Defendants' motions for summary judgment be granted.[1] Plaintiff has filed a timely written objection to the recommendation. (Tab 39). In his objection, Plaintiff does not address the merits of the Magistrate Judge's Recommendation. Instead, Plaintiff reargues the previously denied request for the appointment of counsel and requests that this Court delay ruling on the recommendation indefinitely until Plaintiff can seek the assistance of a prisoner defense organization. As noted, Plaintiff's request for the appointment of counsel was denied on August 25, 2005, by separate order of the Magistrate Judge. (Tab 37).

Upon full review and consideration upon the record, the Court finds that said Recommendation (Tab 38) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings made and reasons stated therein, together with the findings made and conclusions reached herein. Accordingly, Petitioner's motion to dismiss without prejudice (Tab 28) is **DENIED** and Defendants' motions for summary judgment (Tabs 15, 23) are **GRANTED.**.

**SO ORDERED**, this  16th  day of September, 2005.

  /s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**

---

[1]. As noted by the Magistrate Judge, the motion for summary judgment and the recommendation does not encompass the unripe claims that may be asserted by Plaintiff. See, Recommendation, p. 4., fn 1.

1